

1325 Franklin Ave., Garden City, NY 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

**VIA ECF**
February 29, 2024

United States Bankruptcy Court
District of Souther New York
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315
Attn: Clerk of the Court

**Re: John D. Carbone    Case No. 23-35976-cgm**

Dear Sir/Madam:

Please be advised that this office filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on February 29, 2024.

We kindly request that this be removed from the Docket. This was inadvertently filed.

Thank you for your time and consideration to this matter. Please feel free to contact our offices if you have any further questions.

                                          Respectfully submitted,

                                          /s/ Kathy McCullough Day, Esq
                                          Kathy McCullough Day, Esq
                                          Friedman Vartolo LLP
                                          1325 Franklin Avenue, Suite 160
                                          Garden City, NY 11530
                                          P: (212) 471-5100
                                          F: (212) 471-5150
                                          Bankruptcy@FriedmanVartolo.com